UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62380-CIV-COHN/SELTZER

KEVIN HANS GAGNON, et al.,

    Plaintiffs,

vs.

FLORIDA 595 TRAVEL CENTER CORP.
and NORKA RODRIGUEZ,

    Defendants.
_____/

### ORDER

**THIS CAUSE** has come before the Court upon Defendants' Motion to Compel Deposition of William Cunningham and for Sanctions [DE 101]. Defendants noticed the deposition of William Cunningham for August 19, 2016, but he did not appear. The deposition was unilaterally scheduled by Defendants after (1) several months of unsuccessful attempts to reach an agreement as to the date of the deposition and (2) Plaintiffs' counsel advised that he had "lost contact" with Plaintiff Cunningham.

Defendants move for an Order compelling William Cunningham to appear for deposition and for sanctions, in the form of expenses and fees incurred as a result of Cunningham's failure to appear. Plaintiff's counsel argues that neither form of relief is appropriate because defense counsel had been advised that Cunningham had been out of contact with his lawyers. The Court disagrees; Cunningham is still a party to this action and is obligated to appear for deposition. His failure to appear properly subjects him to sanctions. Fed. R. Civ. P. 37(d). However, the Court will reserve ruling on the request for sanctions at this time.

Discovery in this case closes on August 29, 2016. Defendant has requested an Order compelling Cunningham to appear for deposition at a time certain, but has not advised the Court of the date, time or location of the deposition. Consequently, the Court will order Cunningham to appear for deposition on or before August 29, 2016, at a time and location to be determined by Defendants. At the conclusion of the deposition, Defendants may renew their request for sanctions, including, if necessary, a request to dismiss Cunningham's claim, in the event Cunningham fails to appear for deposition a second time. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Compel Deposition of William Cunningham [DE 101] be and the same is **GRANTED.** Cunningham shall appear for deposition on or before August 29, 2016, at the date, time, and location determined by Defendants. The Court **RESERVES RULING** on Defendants' request for sanctions. When the time set for deposition has expired, Defendants may renew their motion for sanctions, revised to reflect Cunningham's appearance or non-appearance at the Court-ordered deposition.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 24th day of August, 2016.

*/s/ Barry S. Seltzer*
BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF